RECEIVED

MAR 21 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| QUENTIN O. LEWIS<br>LA. DOC #549832<br>VS. | CIVIL ACTION NO. 6:15-cv-02492<br><br>SECTION P<br><br>JUDGE REBECCA F. DOHERTY |
| WARDEN N. BURL CAIN | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record while noting the absence of any objections, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 20 day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE